NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
S. WYETH McADAM
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA (LAS VEGAS)**

| | |
|---|---|
| JULIE A BARR-THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-02251-APG-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

    Defendant Nancy Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests for the first time that the Court extend the time for Defendant to file her Cross-Motion for Summary Judgment and Memorandum in Support, due on April 8, 2019, by 30 days, through and including May 8, 2019.

    Defense counsel needs an extension of time because she is a newer hire who needs more time to draft the response and go through the necessary in-house reviews and her reviewer, due to his own heavy workload demands, needs more time to review counsel's brief. Defense counsel needs more time to determine whether options exist for settlement and to accommodate competing workload demands.

This request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court and Plaintiff for any inconvenience this delay may cause.

Counsel for Defendant conferred with Plaintiff's counsel on April 2, 2019, Plaintiff's counsel does not oppose this motion.

Respectfully submitted this 3nd day of April 2019.

                         NICHOLAS A. TRUTANICH
                         United States Attorney

                         */s/ S. Wyeth McAdam*
                         S. WYETH McADAM
                         Special Assistant United States Attorney

IT IS SO ORDERED:

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

DATED: April 3, 2019