# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE A. BARR-THOMAS,<br><br>　　Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>　　Defendant | Case No.: 2:18-cv-02251-APG-VCF<br><br>**Order (1) Accepting Report and Recommendation, (2) Denying Motion to Affirm, and (3) Granting Motion to Remand**<br><br>[ECF Nos. 20, 24, 26] |

On January 22, 2020, Magistrate Judge Ferenbach recommended that I grant plaintiff Julie Barr-Thomas's motion to remand and deny the defendant's motion to affirm. ECF No. 26. No party objected. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Ferenbach's report and recommendation **(ECF No. 26) is accepted**, defendant Nancy Berryhill's motion to affirm **(ECF No. 24) is DENIED**, and plaintiff Julie Barr-Thomas's motion to remand **(ECF No. 20) is GRANTED**. This matter is remanded to the Social Security Administration for further proceedings consistent with this order and with Judge Ferenbach's report and recommendation.

DATED this 10th day of February, 2020.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE